1
2
3
4
5
6
7

COOLEY LLP
HEIDI L. KEEFE (178960)
(hkeefe@cooley.com)
MARK R. WEINSTEIN (193043)
(mweinstein@cooley.com)
MATTHEW J. BRIGHAM (191428)
(mbrigham@cooley.com)
LOWELL D. MEAD (223989)
(lmead@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone: (650) 843-5000
Facsimile:  (650) 849-7400

COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
101 California Street
5th Floor
San Francisco, CA  94111-5800
Telephone: (415) 693-2000
Facsimile:  (415) 693-2222

8
9

Attorneys for Plaintiff
FACEBOOK, INC.

10
11
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

13
14
15
16
17
18
19
20

FACEBOOK, INC.,
a Delaware corporation,

         Plaintiff,

   v.

BLACKBERRY LIMITED,
a Canadian corporation, and
BLACKBERRY CORPORATION,
a Delaware corporation,

         Defendants.

Case No.  18-5434

**PLAINTIFF FACEBOOK, INC.'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT**

21
22
23
24
25
26
27
28

1    Pursuant to Federal Rule of Civil Procedure 7.1, Facebook, Inc. ("Facebook")

2  states that it has no parent corporation and that, to its knowledge, no publicly held

3  corporation owns 10% or more of its stock as of the date of Facebook's April 13, 2018

4  Proxy Statement.

5  Dated:  September 4, 2018                    COOLEY LLP

6

7                                              /s/ *Heidi L. Keefe*

8                                              Heidi L. Keefe (178960)

9
                                               HEIDI L. KEEFE (178960)
10                                             (hkeefe@cooley.com)
                                               MARK R. WEINSTEIN (193043)
11                                             (mweinstein@cooley.com)
                                               MATTHEW J. BRIGHAM (191428)
12                                             (mbrigham@cooley.com)
                                               LOWELL D. MEAD (223989)
13                                             (lmead@cooley.com)
                                               3175 Hanover Street
14                                             Palo Alto, CA  94304-1130
                                               Telephone: (650) 843-5000
15                                             Facsimile:  (650) 849-7400

16                                             COOLEY LLP
                                               MICHAEL G. RHODES (116127)
17                                             (rhodesmg@cooley.com)
                                               101 California Street
18                                             5th Floor
                                               San Francisco, CA  94111-5800
19                                             Telephone: (415) 693-2000
                                               Facsimile:  (415) 693-2222
20

21                                             Attorneys for Plaintiff

22                                             FACEBOOK, INC.

23

24

25

26

27

28