United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FACEBOOK, INC.,

    Plaintiff,

v.

BLACKBERRY LIMITED, et al.,

    Defendants.

Case No. 18-cv-05434-JSW

**ORDER VACATING CASE MANAGEMENT CONFERENCE AND SETTING DEADLINES FOR CLAIM CONSTRUCTION AND DAMAGES CONTENTIONS**

The Court has reviewed the parties' joint case management statement and HEREBY VACATES the case management conference currently set for December 14, 2018, at 11:00 a.m. The Court adopts the case management statement, except as expressly modified by this Order.

The Court adopts the parties' proposed schedule as follows:

| **Event** | **Date** |
|---|---|
| Deadline for Defendants to amend answer as a matter of course | January 8, 2019 |
| Rule 26(a)(1) Initial Disclosures | January 8, 2019 |
| Disclosure of Asserted Claims and Infringement Contentions by Plaintiff (Patent L.R. 3-1 & 3-2) | January 8, 2019 |
| Invalidity Contentions by Defendants (Patent L.R. 3-3 and 3-4) | February 25, 2019 |
| Exchange of Proposed Terms for Claim Construction (Patent L.R. 4-1) | March 11, 2019 |

| | |
|---|---|
| Exchange of Preliminary Constructions and Extrinsic Evidence (Patent L.R. 4-2) | April 1, 2019 |
| Plaintiff's Damages Contentions (Patent L.R. 3-8) | April 16, 2019 |
| Joint Claim Construction and Prehearing Statement (Patent L.R. 4-3) | April 24, 2019 |
| Responsive Damages Contentions (Patent L.R. 3-9) | May 16, 2019 |
| Completion of Claim Construction Discovery (Patent L.R. 4-4) | May 27, 2019 |
| Opening Claim Construction Brief by Plaintiff (Patent L.R. 4-5(a)) | June 10, 2019 |
| Responsive Claim Construction Brief by Defendant (Patent L.R. 4-5(b)) | July 1, 2019 |
| Reply Claim Construction Brief by Plaintiff (Patent L.R. 4-5(c)) | July 15, 2019 |
| Tutorial (L.R. 4-6; Standing Order for Patent Cases, at 3) | September 5, 2019, at 10:00 a.m. |
| Claim Construction Hearing (L.R. 4-6; Standing Order for Patent Cases, at 3) | September 19, 2019, at 10:00 a.m. |

The Court directs the parties to submit a further joint case management status report no later than fourteen (14) days following the issuance of the Court's claim construction order. The parties may submit a proposed deadline for seeking leave to amend pleadings at that time. The Court will set a further case management conference as it deems necessary.

2

1  No provision of this Order may be changed except by written order of this Court upon its
2  own motion or upon motion of one or more of the parties made pursuant to Civil L.R. 7-1 upon a
3  showing of very good cause.  A motion may take the form of a stipulation and proposed order
4  pursuant to Civil L.R. 7-1(a)(5) and Civil L.R. 7-12, but the parties may not modify this schedule
5  (including any briefing deadlines) by stipulation without a Court order.  If the modification sought
6  is an extension of a deadline contained herein, the motion must be brought *before* expiration of
7  that deadline.  A conflict with a court date set after the date of this order does not constitute good
8  cause.

9  IT IS SO ORDERED.

10 Dated: December 10, 2018

_____
JEFFREY S. WHITE
United States District Judge