UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BLACKBERRY LIMITED, et al.,<br><br>　　　　　Defendants. | Case No. 18-cv-05434-JSW<br><br>**ORDER CONTINUING TUTORIAL AND MARKMAN HEARING** |

　　　In light of the impending motion for leave to amend infringement contentions, the Court HEREBY continues the tutorial to November 7, 2019, at 10:00 am. and the claims construction hearing to November 21, 2019, at 10:00 a.m.

　　　**IT IS SO ORDERED.**

Dated: September 4, 2019

_____
JEFFREY S. WHITE
United States District Judge