QUINN EMANUEL URQUHART & SULLIVAN, LLP

| | |
|---|---|
| James R. Asperger (Bar No. 83188) | Jordan R. Jaffe (Bar No. 254886) |
| jamesasperger@quinnemanuel.com | jordanjaffe@quinnemanuel.com |
| Yury Kapgan (Bar No. 218366) | Iman Lordgooei (Bar No. 251320) |
| yurykapgan@quinnemanuel.com | imanlordgooei@quinnemanuel.com |
| Pushkal Mishra (Bar No. 298695) | Jonathan Tse (Bar. No. 305468) |
| pushkalmishra@quinnemanuel.com | jonathantse@quinnemanuel.com |
| 865 S. Figueroa Street, 10th Floor | 50 California Street, 22nd Floor |
| Los Angeles, CA 90017 | San Francisco, CA 94111 |
| Telephone: (213) 443-3000 | Telephone: (415) 875-6600 |
| Facsimile: (213) 443-3100 | Facsimile: (415) 875-6700 |

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Defendants
BlackBerry Limited and BlackBerry Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FACEBOOK, INC., <br>     Plaintiff, <br> v. <br> BLACKBERRY LIMITED, and BLACKBERRY CORPORATION, <br>     Defendants. | Case No. 4:18-cv-05434-JSW <br><br> **BLACKBERRY'S NOTICE OF SUPPLEMENTAL AUTHORITY AS REQUESTED BY THE COURT (DKT. 78)** |

Pursuant to the Court's order to "submit the October 11, 2006 office action appealed in Exhibit 2, as well as any response and decision resulting from that appeal," (Dkt. 78 at 13), BlackBerry Limited and BlackBerry Corporation (collectively, "BlackBerry") hereby respectfully submit:

- **Exhibit A**, a true and correct copy of the October 11, 2006 USPTO Office Action issued in U.S. Patent App. No. 09/728,827;
- **Exhibit B**, a true and correct copy of the March 27, 2007 Patentee Appeal Brief responsive to Exhibit A; and
- **Exhibit C**, a true and correct copy of the July 20, 2007 USPTO Notice of Allowance responsive to Exhibit B.

| | | |
|---|---|---|
| 1 | DATED: October 24, 2019 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |

By    */s/ Iman Lordgooei*

    Kevin P.B. Johnson (Bar No. 177129)
    kevinjohnson@quinnemanuel.com
    Victoria Maroulis (Bar No. 202603)
    victoriamaroulis@quinnemanuel.com
    555 Twin Dolphin Drive, 5th Floor
    Redwood Shores, CA 94065
    Telephone: (650) 801-5000
    Facsimile: (650) 801-5100

    Jordan R. Jaffe (Bar No. 254886)
    jordanjaffe@quinnemanuel.com
    Iman Lordgooei (Bar No. 251320)
    imanlordgooei@quinnemanuel.com
    Jonathan Tse (Bar. No. 305468)
    jonathantse@quinnemanuel.com
    50 California Street, 22nd Floor
    San Francisco, CA 94111
    Telephone: 415-875-6600
    Facsimile: 415-875-6700

    James R. Asperger (Bar No. 83188)
    jamesasperger@quinnemanuel.com
    Yury Kapgan (Bar No. 218366)
    yurykapgan@quinnemanuel.com
    Pushkal Mishra (Bar No. 298695)
    pushkalmishra@quinnemanuel.com
    865 S. Figueroa Street, 10th Floor
    Los Angeles, CA 90017
    Telephone: (213) 443-3000
    Facsimile: (213) 443-3100

    Attorneys for Defendants BLACKBERRY LIMITED and BLACKBERRY CORPORATION