| | |
|---|---|
| COOLEY LLP | QUINN EMANUEL URQUHART & |
| HEIDI L. KEEFE (178960) | SULLIVAN, LLP |
| (hkeefe@cooley.com) | Kevin P.B. Johnson (Bar No. 177129) |
| MARK R. WEINSTEIN (193043) | kevinjohnson@quinnemanuel.com |
| (mweinstein@cooley.com) | Victoria F. Maroulis (Bar No. 202603) |
| MATTHEW J. BRIGHAM (191428) | victoriamaroulis@quinnemanuel.com |
| (mbrigham@cooley.com) | 555 Twin Dolphin Drive, 5th Floor |
| LOWELL D. MEAD (223989) | Redwood Shores, CA 94065 |
| (lmead@cooley.com) | Telephone: (650) 801-5000 |
| BENJAMIN S. LIN (232735) | Facsimile: (650) 801-5100 |
| (blin@cooley.com) | |
| MARK A. ZAMBARDA (314808) | Jordan R. Jaffe (Bar No. 254886) |
| (mzambarda@cooley.com) | jordanjaffe@quinnemanuel.com |
| 3175 Hanover Street | Iman Lordgooei (Bar No. 251320) |
| Palo Alto, CA 94304-1130 | imanlordgooei@quinnemanuel.com |
| Telephone: (650) 843-5000 | Jonathan Tse (Bar. No. 305468) |
| Facsimile: (650) 849-7400 | jonathantse@quinnemanuel.com |
| | 50 California Street, 22nd Floor |
| COOLEY LLP | San Francisco, CA 94111 |
| MICHAEL G. RHODES (116127) | Telephone: (415) 875-6600 |
| (rhodesmg@cooley.com) | Facsimile: (415) 875-6700 |
| MATTHEW D. CAPLAN (260388) | |
| (mcaplan@cooley.com) | Attorneys for Defendants |
| 101 California Street | BLACKBERRY LIMITED and |
| San Francisco, CA 94111-5800 | BLACKBERRY CORPORATION |
| Telephone: (415) 693-2000 | |
| Facsimile: (415) 693-2222 | |

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FACEBOOK, INC., | Case No. 4:18-cv-05434-JSW |
| Plaintiff, | |
| | **JOINT NOTICE REGARDING CLAIM CONSTRUCTION** |
| v. | |
| BLACKBERRY LIMITED, and BLACKBERRY CORPORATION, | |
| Defendants. | |

Defendants BlackBerry Limited and BlackBerry Corporation (collectively, "BlackBerry") and Plaintiff Facebook, Inc. ("Facebook") (collectively, the "parties") through their undersigned counsel hereby respectfully notify the Court that, in the interest of narrowing the issues in advance of the claim construction hearing scheduled for November 21, 2019, the parties have agreed, subject to the approval of the Court:

1) to the Court's tentative ruling (Dkt. 78) for the order of method steps recited in claim 1 of U.S. Patent No. 7,567,575—*i.e.*, that "[t]he sequence of steps can be performed in any order, except that the step of 'receiving a request…' is performed before the step of 'providing multimedia data to the mobile device….'"; and

2) to a construction of the term "feature" as "distinctive characteristic or attribute" and a construction of the term "feature enhancement" as "enhancement of a distinctive characteristic or attribute" in the asserted claims of U.S. Patent No. 6,744,759.

The parties continue to engage in attempting to narrow the issues in dispute and will notify the Court to the extent any further agreements are reached.

| | | |
|---|---|---|
| 1 | DATED:  November 15, 2019 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |

By  */s/ Iman Lordgooei*
    Kevin P.B. Johnson (Bar No. 177129)
    kevinjohnson@quinnemanuel.com
    Victoria Maroulis (Bar No. 202603)
    victoriamaroulis@quinnemanuel.com
    555 Twin Dolphin Drive, 5th Floor
    Redwood Shores, CA 94065
    Telephone: (650) 801-5000
    Facsimile: (650) 801-5100

    Jordan R. Jaffe (Bar No. 254886)
    jordanjaffe@quinnemanuel.com
    Iman Lordgooei (Bar No. 251320)
    imanlordgooei@quinnemanuel.com
    Jonathan Tse (Bar. No. 305468)
    jonathantse@quinnemanuel.com
    50 California Street, 22nd Floor
    San Francisco, CA 94111
    Telephone: 415-875-6600
    Facsimile: 415-875-6700

    James R. Asperger (Bar No. 83188)
    jamesasperger@quinnemanuel.com
    Yury Kapgan (Bar No. 218366)
    yurykapgan@quinnemanuel.com
    Pushkal Mishra (Bar No. 298695)
    pushkalmishra@quinnemanuel.com
    865 S. Figueroa Street, 10th Floor
    Los Angeles, CA 90017
    Telephone: (213) 443-3000
    Facsimile: (213) 443-3100

    Attorneys for Defendants BLACKBERRY LIMITED and BLACKBERRY CORPORATION

-2-

CASE NO. 4:18-CV-05434-JSW
JOINT NOTICE REGARDING CLAIM CONSTRUCTION

1   DATED:  November 15, 2019             COOLEY LLP

2

3
                                          By  /s/ Heidi L. Keefe
4                                            HEIDI L. KEEFE (178960)
                                             (hkeefe@cooley.com)
5                                            MARK R. WEINSTEIN (193043)
                                             (mweinstein@cooley.com)
6                                            MATTHEW J. BRIGHAM (191428)
                                             (mbrigham@cooley.com)
7                                            LOWELL D. MEAD (223989)
                                             (lmead@cooley.com)
8                                            BENJAMIN S. LIN (232735)
                                             (blin@cooley.com)
9                                            MARK A. ZAMBARDA (314808)
                                             (mzambarda@cooley.com)
10                                           3175 Hanover Street
                                             Palo Alto, CA 94304-1130
11                                           Telephone: (650) 843-5000
                                             Facsimile: (650) 849-7400
12
                                             COOLEY LLP
13                                           MICHAEL G. RHODES (116127)
                                             (rhodesmg@cooley.com)
14                                           MATTHEW D. CAPLAN (260388)
                                             (mcaplan@cooley.com)
15                                           101 California Street
                                             San Francisco, CA 94111-5800
16                                           Telephone: (415) 693-2000
                                             Facsimile: (415) 693-2222
17
                                             Attorneys for Plaintiff
18                                           FACEBOOK, INC.

19

20

21

22

23

24

25

26

27

28

-3-                                                   CASE NO. 4:18-CV-05434-JSW
JOINT NOTICE REGARDING CLAIM CONSTRUCTION

**ATTESTATION OF CONCURRENCE**

I am the ECF user whose ID and password are being used to file this Joint Notice Regarding Claim Construction.  Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in the filing of this document.

Dated:  November 15, 2019

*/s/ Iman Lordgooei*