UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>BLACKBERRY LIMITED,<br>a Canadian Corporation, and<br>BLACKBERRY CORPORATION,<br>A Delaware corporation,<br><br>        Defendants. | Case No. 4:18-cv-05434-JSW<br><br>**ORDER RE TENTATIVE RULINGS AND QUESTIONS RE MARKMAN HEARING**<br><br>Re: Dkt. No. 49 |

Following the technology tutorial held on November 6, 2019, the Court provides notice of the following additional question for the hearing scheduled on November 21, 2019, at 10:00 a.m.:

(1) What is the purported invention of U.S. Patent No. 7,302,698 ("the '698 Patent")? The specification discusses enabling "trusted" states where users can perform secure operations. (*E.g.*, '698 Patent, Title, Abstract, 3:30-45.) The claims, however, describe monitoring and restoring states without apparent regard for security or trust. Do the claims correspond to the invention described in the specification?

Dated: November 18, 2019

_____
JEFFREY S. WHITE
United States District Judge