UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

**DATE**:   **November 21, 2019**   Time in Court: 3 hours 4 minutes

**JUDGE: JEFFREY S. WHITE**   **Court Reporter**: **Raynee Mercado**

Courtroom Deputy: Jennifer Ottolini

**CASE NO.: 18-cv-5434  JSW**
**TITLE:  Facebook Inc., v. BlackBerry Limited, et al**

**COUNSEL FOR PLAINTIFF:**          **COUNSEL FOR DEFENDANT:**

Heidi Keefe                          Jordan Jaffe
Lowell Mead                          Yury Kapgan
Cameron Vanderwall                   Jonathan Tse
Benjamin Lin                         Iman Lordgooei

**PROCEEDINGS:**   **Markman Hearing**

**RESULTS:**        Markman hearing held.
                    A written ruling shall issue.