UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>BLACKBERRY LIMITED, et al.,<br><br>        Defendants. | Case No. 18-cv-05434-JSW<br><br>**ORDER REFERRING MOTION FOR LEAVE TO AMEND INVALIDITY CONTENTIONS TO MAGISTRATE JUDGE** |

On December 20, 2019, Blackberry Limited ("Blackberry") filed a motion for leave to amend its invalidity contentions. Blackberry noticed the motion for a hearing on February 7, 2020.

The Court has referred a prior motion for leave to amend (a motion by Facebook, Inc. ("Facebook") for leave to amend infringement contentions) to a randomly-assigned Magistrate Judge for the purpose of preparing a report and recommendation. (Dkt. No. 56.) Facebook's motion for leave to amend was ultimately assigned to Magistrate Judge Corley.

Accordingly, the Court HEREBY VACATES the hearing set for February 7, 2020, and it HEREBY REFERS Blackberry's motion for leave to amend its invalidity contentions to Magistrate Judge Corley for the purposes of preparing a report and recommendation on the motion. *See* N.D. Civ. Local Rule 72-1.

**IT IS SO ORDERED.**

Dated: December 20, 2019

_____
JEFFREY S. WHITE
United States District Judge