| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Kevin P.B. Johnson (Bar No. 177129)<br>kevinjohnson@quinnemanuel.com<br>Victoria F. Maroulis (Bar No. 202603)<br>victoriamaroulis@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>James R. Asperger (Bar No. 83188)<br>jamesasperger@quinnemanuel.com<br>Yury Kapgan (Bar No. 218366)<br>yurykapgan@quinnemanuel.com<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br><br>Jordan R. Jaffe (Bar No. 254886)<br>jordanjaffe@quinnemanuel.com<br>Iman Lordgooei (Bar No. 251320)<br>imanlordgooei@quinnemanuel.com<br>Jonathan Tse (Bar No. 305468)<br>jonathantse@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Attorneys for Defendants<br>BLACKBERRY LIMITED and<br>BLACKBERRY CORPORATION | COOLEY LLP<br>HEIDI L. KEEFE (178960)<br>(hkeefe@cooley.com)<br>MARK R. WEINSTEIN (193043)<br>(mweinstein@cooley.com)<br>MATTHEW J. BRIGHAM (191428)<br>(mbrigham@cooley.com)<br>LOWELL D. MEAD (223989)<br>(lmead@cooley.com)<br>BENJAMIN S. LIN (232735)<br>(blin@cooley.com)<br>MARK A. ZAMBARDA (314808)<br>(mzambarda@cooley.com)<br>3175 Hanover Street<br>Palo Alto, CA 94304-1130<br>Telephone: (650) 843-5000<br>Facsimile: (650) 849-7400<br><br>MICHAEL G. RHODES (116127)<br>(rhodesmg@cooley.com)<br>MATTHEW D. CAPLAN (260388)<br>(mcaplan@cooley.com)<br>101 California Street<br>San Francisco, CA 94111-5800<br>Telephone: (415) 693-2000<br>Facsimile: (415) 693-2222<br><br>Attorneys for Plaintiff<br>FACEBOOK, INC. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>BLACKBERRY LIMITED, and BLACKBERRY CORPORATION,<br><br>    Defendants. | Case No. 4:18-cv-05434-JSW<br><br>**JOINT MOTION REGARDING BRIEFING SCHEDULE FOR BLACKBERRY'S MOTION FOR LEAVE TO AMEND ITS INVALIDITY CONTENTIONS** |

1  Pursuant to Local Rule 7-11, Plaintiff Facebook, Inc. ("Facebook") and Defendants
2  BlackBerry Limited and BlackBerry Corporation (collectively, "BlackBerry") (collectively, with
3  Facebook, the "Parties"), by and through their respective counsel, respectfully submit the following
4  joint motion and proposed order to extend and modify the deadline for Facebook to submit its
5  opposition to Blackberry's Motion for Leave to Amend its Invalidity Contentions ("Motion").
6  WHEREAS, on December 5, 2019, the Parties met and conferred on BlackBerry's proposed
7  supplemental invalidity contentions and discussed amending the briefing schedule;
8  WHEREAS, on December 10, 2019, the Parties agreed on a briefing schedule where
9  BlackBerry would file its Motion on December 19, 2019, Facebook would file its opposition to the
10 Motion on January 10, 2020, and BlackBerry would file its reply to the Motion on January 17, 2020;
11 WHEREAS, on December 19, 2019, BlackBerry filed its Motion;
12 WHEREAS, the Court referred the Motion to Magistrate Judge Corley for decision;
13 WHEREAS, Magistrate Judge Corley set the Motion for hearing on February 13, 2020 and
14 set Facebook's opposition due January 3, 2020 and BlackBerry's reply due January 10, 2020 (Dkt.
15 No. 93);
16 WHEREAS, Facebook requires additional time to prepare its opposition in light of holiday
17 vacation and travel schedules, and BlackBerry agrees to provide Facebook additional time to do so;
18 NOW, THEREFORE, IT IS HEREBY AGREED by and among counsel for the Parties,
19 subject to the approval of the Court, that the deadline for Facebook to file its opposition to
20 BlackBerry's Motion be extended to January 10, 2020 and the deadline for BlackBerry's reply to
21 January 17, 2020.  This extension does not affect any other existing deadline in this case. The parties
22 have previously sought extensions of the deadlines to answer (Dkt. 18), to exchange initial
23 disclosures, infringement contentions, to amend pleadings (Dkt. 28), for claim construction
24 exchanges (Dkt. 44, 46), and for BlackBerry to file its declaration in support of Facebook's motion
25 to seal (Dkt. 55).
26 Pursuant to the Joint Motion to Extend Time for Facebook's Opposition to Blackberry's
27 Motion for Leave to Amend its Invalidity Contentions, **IT IS SO ORDERED.**
28

Dated: _____         _____
                                 Hon. Jacqueline Scott Corley
                                 United States Magistrate Judge

| | | |
|---|---|---|
| DATED: December 23, 2019 | | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | By | /s/ *Iman Lordgooei* |
| | | Iman Lordgooei |

James R. Asperger (Bar No. 83188)
jamesasperger@quinnemanuel.com
Yury Kapgan (Bar No. 218366)
yurykapgan@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Jordan R. Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
Iman Lordgooei (Bar No. 251320)
imanlordgooei@quinnemanuel.com
Jonathan Tse (Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for Defendants
BLACKBERRY LIMITED and BLACKBERRY CORPORATION

| | | |
|---|---|---|
| 1 | Dated: December 23, 2019 | COOLEY LLP |
| 2 | | |
| 3 | | /s/ *Lowell D. Mead* |
| 4 | | Lowell D. Mead |
| 5 | | HEIDI L. KEEFE (178960)<br>(hkeefe@cooley.com) |
| 6 | | MARK R. WEINSTEIN (193043)<br>(mweinstein@cooley.com) |
| 7 | | MATTHEW J. BRIGHAM (191428)<br>(mbrigham@cooley.com) |
| 8 | | LOWELL D. MEAD (223989)<br>(lmead@cooley.com) |
| 9 | | BENJAMIN S. LIN (232735)<br>(blin@cooley.com) |
| 10 | | MARK A. ZAMBARDA (314808)<br>(mzambarda@cooley.com) |
| 11 | | 3175 Hanover Street<br>Palo Alto, CA  94304-1130 |
| 12 | | Telephone:   (650) 843-5000<br>Facsimile:    (650) 849-7400 |
| 13 | | COOLEY LLP |
| 14 | | MICHAEL G. RHODES (116127)<br>(rhodesmg@cooley.com) |
| 15 | | MATTHEW D. CAPLAN (260388)<br>(mcaplan@cooley.com) |
| 16 | | 101 California Street<br>San Francisco, CA  94111-5800 |
| 17 | | Telephone:   (415) 693-2000<br>Facsimile:    (415) 693-2222 |
| 18 | | |
| 19 | | Attorneys for Plaintiff<br>FACEBOOK, INC. |

-5-   CASE NO. 4:18-CV-05434-JSW
JOINT MOTION REGARDING BRIEFING SCHEDULE

**ATTESTATION OF CONCURRENCE**

I am the ECF user whose ID and password are being used to file this document.  Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in the filing of this document.

Dated:  December 23, 2019

*/s/ Lowell D. Mead*