QUINN EMANUEL URQUHART & SULLIVAN, LLP
James R. Asperger (Bar No. 83188)
jamesasperger@quinnemanuel.com
Yury Kapgan (Bar No. 218366)
yurykapgan@quinnemanuel.com
Pushkal Mishra (Bar No. 298695)
pushkalmishra@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Jordan R. Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
Iman Lordgooei (Bar No. 251320)
imanlordgooei@quinnemanuel.com
Jonathan Tse (Bar. No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Defendants
BlackBerry Limited and BlackBerry Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>BLACKBERRY LIMITED, and BLACKBERRY CORPORATION,<br><br>    Defendants. | Case No. 4:18-cv-05434-JSW<br><br>**BLACKBERRY'S NOTICE REGARDING PETITIONS FOR *INTER PARTES* REVIEW OF PATENTS-IN-SUIT** |

1    Defendants BlackBerry Limited and BlackBerry Corporation (collectively, "BlackBerry")
2 hereby notify the Court, pursuant to the Court's Order conditionally staying this case pending
3 institution decisions regarding BlackBerry's petitions for *inter partes* review ("IPR") of the patents-in-
4 suit (Dkt. 109), that the U.S. Patent & Trademark Office's Patent Trial and Appeal Board ("PTAB")
5 issued a decision yesterday denying institution of BlackBerry's request for IPR no. IPR2019-01599
6 directed to U.S. Pat. No. 7,567,575.  A request for rehearing of the PTAB panel's decision to deny
7 institution may be filed under 37 C.F.R. § 42.71(d) by April 27, 2020.

| | | |
|---|---|---|
| 1 | DATED: March 28, 2020 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |

By   */s/ Iman Lordgooei*
    Kevin P.B. Johnson (Bar No. 177129)
    kevinjohnson@quinnemanuel.com
    Victoria Maroulis (Bar No. 202603)
    victoriamaroulis@quinnemanuel.com
    555 Twin Dolphin Drive, 5th Floor
    Redwood Shores, CA 94065
    Telephone: (650) 801-5000
    Facsimile: (650) 801-5100

    Jordan R. Jaffe (Bar No. 254886)
    jordanjaffe@quinnemanuel.com
    Iman Lordgooei (Bar No. 251320)
    imanlordgooei@quinnemanuel.com
    Jonathan Tse (Bar. No. 305468)
    jonathantse@quinnemanuel.com
    50 California Street, 22nd Floor
    San Francisco, CA 94111
    Telephone: 415-875-6600
    Facsimile: 415-875-6700

    James R. Asperger (Bar No. 83188)
    jamesasperger@quinnemanuel.com
    Yury Kapgan (Bar No. 218366)
    yurykapgan@quinnemanuel.com
    Pushkal Mishra (Bar No. 298695)
    pushkalmishra@quinnemanuel.com
    865 S. Figueroa Street, 10th Floor
    Los Angeles, CA 90017
    Telephone: (213) 443-3000
    Facsimile: (213) 443-3100

    Attorneys for Defendants BLACKBERRY LIMITED and BLACKBERRY CORPORATION