COOLEY LLP
HEIDI L. KEEFE (178960)
(hkeefe@cooley.com)
MARK R. WEINSTEIN (193043)
(mweinstein@cooley.com)
MATTHEW J. BRIGHAM (191428)
(mbrigham@cooley.com)
LOWELL D. MEAD (223989)
(lmead@cooley.com)
BENJAMIN S. LIN (232735)
(blin@cooley.com)
MARK A. ZAMBARDA (314808)
(mzambarda@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:   (650) 843-5000
Facsimile:   (650) 849-7400

COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
MATTHEW D. CAPLAN (260388)
(mcaplan@cooley.com)
101 California Street
San Francisco, CA  94111-5800
Telephone:   (415) 693-2000
Facsimile:   (415) 693-2222

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br>a Delaware corporation,<br><br>              Plaintiff,<br><br>     v.<br><br>BLACKBERRY LIMITED,<br>a Canadian corporation, and<br>BLACKBERRY CORPORATION,<br>a Delaware corporation,<br><br>              Defendants. | Case No.  4:18-cv-05434-JSW<br><br>**FACEBOOK'S NOTICE OF READINESS FOR CASE MANAGEMENT CONFERENCE** |

Plaintiff Facebook, Inc. ("Facebook") hereby respectfully notifies the Court that Facebook is dropping the two patents-in-suit subject to instituted *inter partes* review ("IPR") proceedings, and is ready to proceed with a Case Management Conference to set the case schedule and move forward on the remaining four patents-in-suit for which IPR was denied.

Specifically, the BlackBerry defendants ("BlackBerry") filed IPR petitions challenging the six patents-in-suit. The Patent Trial & Appeal Board ("PTAB") denied BlackBerry's petitions as to four patents-in-suit and instituted IPRs as to U.S. Patent Nos. 6,744,759 and 7,302,698 (the "Active IPRs"). (*See* Dkt. Nos. 110-116.)

In view of the two Active IPRs, the Court directed BlackBerry that it may file by May 1, 2020 a motion to stay pending resolution of the Active IPRs. (Dkt. No. 116.)

Facebook hereby withdraws its assertion of the two patents at issue in the Active IPRs, which moots any such motion to stay.[1] Specifically, Facebook irrevocably covenants not to assert the '759 and '698 patents against BlackBerry with respect to any of its past, present, or future acts, which removes those patents from this action and divests the Court of subject matter jurisdiction as to them. *Super Sack Mfg. Corp. v. Chase Packaging Corp.*, 57 F.3d 1054, 1058 (Fed. Cir. 1995) (a patentee "can divest the trial court of jurisdiction over the case by filing a covenant not to assert the patent at issue against the putative infringer with respect to any of its past, present, or future acts."). Accordingly, Facebook is ready to proceed with a telephonic Case Management Conference to schedule the remainder of this case through trial.

BlackBerry has not agreed to move forward with this case on the patents for which IPR was denied. BlackBerry apparently plans to seek a stay based on one or two petitions for rehearing that it might file regarding the PTAB's four decisions denying IPR. To date, of the four IPRs for which institution was denied, the PTAB has already denied BlackBerry's petition for rehearing of the first decision ('841 patent)[2] and BlackBerry did not seek rehearing on the second decision before the deadline to do so ('432 patent). To the extent BlackBerry petitions for rehearing on one or both of the remaining two IPR institution denials, such petitions are highly unlikely to be granted. Both remaining

---

[1] BlackBerry long ago passed its one-year statutory deadline to file IPR petitions on these patents.
[2] A copy of the PTAB's detailed order denying rehearing is submitted herewith as Exhibit A.

decisions are supported by detailed reasoning joined unanimously by each three-judge PTAB panel. The PTAB has denied over 93% of requests to reconsider IPR institution decisions, and the few that succeeded included requests that merely seek to correct inadvertent clerical errors.[3]  Moreover, there is no set deadline for the PTAB to act on a petition for rehearing.  As such, any further rehearing petitions do not justify delaying this case.

Dated:  April 21, 2020                                    COOLEY LLP


                                                          /s/ *Heidi L. Keefe*
                                                          _____

                                                          HEIDI L. KEEFE (178960)
                                                          (hkeefe@cooley.com)
                                                          MARK R. WEINSTEIN (193043)
                                                          (mweinstein@cooley.com)
                                                          MATTHEW J. BRIGHAM (191428)
                                                          (mbrigham@cooley.com)
                                                          LOWELL D. MEAD (223989)
                                                          (lmead@cooley.com)
                                                          BENJAMIN S. LIN (232735)
                                                          (blin@cooley.com)
                                                          MARK A. ZAMBARDA (314808)
                                                          (mzambarda@cooley.com)
                                                          3175 Hanover Street
                                                          Palo Alto, CA  94304-1130
                                                          Telephone:   (650) 843-5000
                                                          Facsimile:    (650) 849-7400

                                                          COOLEY LLP
                                                          MICHAEL G. RHODES (116127)
                                                          (rhodesmg@cooley.com)
                                                          MATTHEW D. CAPLAN (260388)
                                                          (mcaplan@cooley.com)
                                                          101 California Street
                                                          San Francisco, CA  94111-5800
                                                          Telephone:   (415) 693-2000
                                                          Facsimile:    (415) 693-2222


                                                          Attorneys for Plaintiff
                                                          FACEBOOK, INC.

---

[3] *See*, *e.g.*, statistics for IPR institution decisions reported at https://www.foley.com/en/insights/publications/2019/10/ptab-requests-rehearing-face-long-odds.