COOLEY LLP
HEIDI L. KEEFE (178960)
(hkeefe@cooley.com)
MARK R. WEINSTEIN (193043)
(mweinstein@cooley.com)
MATTHEW J. BRIGHAM (191428)
(mbrigham@cooley.com)
LOWELL D. MEAD (223989)
(lmead@cooley.com)
BENJAMIN S. LIN (232735)
(blin@cooley.com)
MARK A. ZAMBARDA (314808)
(mzambarda@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
MATTHEW D. CAPLAN (260388)
(mcaplan@cooley.com)
101 California Street
San Francisco, CA  94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
Attorneys for Plaintiff
FACEBOOK, INC.

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
James R. Asperger (Bar No. 83188)
jamesasperger@quinnemanuel.com
Yury Kapgan (Bar No. 218366)
yurykapgan@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Jordan R. Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
Iman Lordgooei (Bar No. 251320)
imanlordgooei@quinnemanuel.com
Jonathan Tse (Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for Defendants
BLACKBERRY LIMITED and
BLACKBERRY CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>Plaintiff and Counter-Defendant,<br><br>v.<br><br>BLACKBERRY LIMITED,<br>and BLACKBERRY CORPORATION<br><br>Defendants and Counterclaimants. | CASE NO. 4:18-CV-05434-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE REGARDING U.S. PATENT NOS. 6,744,759 AND 7,302,698** |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Facebook, Inc. ("Facebook") and Defendants BlackBerry Limited and BlackBerry Corporation (collectively, "BlackBerry") hereby submit the following stipulation, subject to the approval of the Court.

WHEREAS, Facebook asserted in this action that BlackBerry infringed U.S. Patent Nos. 6,744,759 and 7,302,698, along with other patents;

WHEREAS, the Patent Trial & Appeal Board of the U.S. Patent & Trademark Office has instituted *inter partes* review regarding certain claims of U.S. Patent Nos. 6,744,759 and 7,302,698;

WHEREAS, in the interests of judicial economy, the parties have agreed to jointly submit dismissals of the instituted *inter partes* review proceedings and dismissals of the parties' applicable claims and counterclaims in the present action;

IT IS THEREFORE STIPULATED, subject to the approval of the Court, as follows:

1.      Facebook's claims of infringement in this action with respect to U.S. Patent Nos. 6,744,759 and 7,302,698, as set forth at Counts V and VI of Facebook's Complaint (Dkt. No. 1), are to be dismissed with prejudice.

2.      BlackBerry's counterclaims regarding U.S. Patent Nos. 6,744,759 and 7,302,698, as set forth in Counts 9-12 of Defendants' Answer and Counterclaims (Dkt. No. 19), are to be dismissed without prejudice.

A proposed order is submitted herewith.

Dated: July 2, 2020                         COOLEY LLP

                                            /s/ *Heidi L. Keefe*

                                            HEIDI L. KEEFE (178960)
                                            (hkeefe@cooley.com)
                                            MARK R. WEINSTEIN (193043)
                                            (mweinstein@cooley.com)
                                            MATTHEW J. BRIGHAM (191428)
                                            (mbrigham@cooley.com)
                                            LOWELL D. MEAD (223989)
                                            (lmead@cooley.com)
                                            BENJAMIN S. LIN (232735)
                                            (blin@cooley.com)
                                            MARK A. ZAMBARDA (314808)
                                            (mzambarda@cooley.com)
                                            3175 Hanover Street

1   Palo Alto, CA  94304-1130
    Telephone:    (650) 843-5000
2   Facsimile:    (650) 849-7400

3   COOLEY LLP
    MICHAEL G. RHODES (116127)
4   (rhodesmg@cooley.com)
    MATTHEW D. CAPLAN (260388)
5   (mcaplan@cooley.com)
    101 California Street
6   San Francisco, CA  94111-5800
    Telephone:    (415) 693-2000
7   Facsimile:    (415) 693-2222

8   Attorneys for Plaintiff, FACEBOOK, INC.

9

10  QUINN EMANUEL URQUHART &
    SULLIVAN, LLP

11  By    /s/ Iman Lordgooei

12       James R. Asperger (Bar No. 83188)
         jamesasperger@quinnemanuel.com
13       Yury Kapgan (Bar No. 218366)
         yurykapgan@quinnemanuel.com
14       865 S. Figueroa Street, 10th Floor
         Los Angeles, CA 90017
15       Telephone: (213) 443-3000
         Facsimile: (213) 443-3100
16
         Kevin P.B. Johnson (Bar No. 177129)
17       kevinjohnson@quinnemanuel.com
         Victoria F. Maroulis (Bar No. 202603)
18       victoriamaroulis@quinnemanuel.com
         555 Twin Dolphin Drive, 5th Floor
19       Redwood Shores, CA 94065
         Telephone: (650) 801-5000
20       Facsimile: (650) 801-5100

21       Jordan R. Jaffe (Bar No. 254886)
         jordanjaffe@quinnemanuel.com
22       Iman Lordgooei (Bar No. 251320)
         imanlordgooei@quinnemanuel.com
23       Jonathan Tse (Bar No. (305468)
         jonathantse@quinnemanuel.com
24       50 California Street, 22nd Floor
         San Francisco, CA 94111
25       Telephone: (415) 875-6600
         Facsimile: (415) 875-6700
26
         Attorneys for Defendants, BLACKBERRY
27       LIMITED and BLACKBERRY CORPORATION

28

-3-                          CASE NO. 4:18-CV-05434-JSW
                             STIPULATION AND [PROPOSED] ORDER

1

2                              **ATTESTATION OF CONCURRENCE**

3          I, Heidi Keefe, am the ECF user whose ID and password are being used to file this document.

4   Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that each of the signatories identified above has

5   concurred in the filing of this document.

6

7   Dated:  July 2, 2020

8                                                    */s/ Heidi L. Keefe*                    
                                                     Heidi L. Keefe
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, and for good cause shown, it is hereby ORDERED:

1.    Facebook's claims of infringement in this action with respect to U.S. Patent Nos. 6,744,759 and 7,302,698, as set forth at Counts V and VI of Facebook's Complaint (Dkt. No. 1) are hereby DISMISSED WITH PREJUDICE.

2.    BlackBerry's counterclaims regarding U.S. Patent Nos. 6,744,759 and 7,302,698, as set forth in Counts 9-12 of Defendants' Answer and Counterclaims (Dkt. No. 19) are hereby DISMISSED WITHOUT PREJUDICE.

Dated: _____

_____
Hon. Jeffrey S. White
United States District Judge