| | |
|---|---|
| COOLEY LLP<br>HEIDI L. KEEFE (178960)<br>(hkeefe@cooley.com)<br>MARK R. WEINSTEIN (193043)<br>(mweinstein@cooley.com)<br>MATTHEW J. BRIGHAM (191428)<br>(mbrigham@cooley.com)<br>LOWELL D. MEAD (223989)<br>(lmead@cooley.com)<br>BENJAMIN S. LIN (232735)<br>(blin@cooley.com)<br>MARK A. ZAMBARDA (314808)<br>(mzambarda@cooley.com)<br>3175 Hanover Street<br>Palo Alto, CA 94304-1130<br>Telephone: (650) 843-5000<br>Facsimile: (650) 849-7400<br><br>MICHAEL G. RHODES (116127)<br>(rhodesmg@cooley.com)<br>MATTHEW D. CAPLAN (260388)<br>(mcaplan@cooley.com)<br>101 California Street<br>San Francisco, CA 94111-5800<br>Telephone: (415) 693-2000<br>Facsimile: (415) 693-2222<br>Attorneys for Plaintiff<br>FACEBOOK, INC. | QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>James R. Asperger (Bar No. 83188)<br>jamesasperger@quinnemanuel.com<br>Yury Kapgan (Bar No. 218366)<br>yurykapgan@quinnemanuel.com<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br><br>Kevin P.B. Johnson (Bar No. 177129)<br>kevinjohnson@quinnemanuel.com<br>Victoria F. Maroulis (Bar No. 202603)<br>victoriamaroulis@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>Jordan R. Jaffe (Bar No. 254886)<br>jordanjaffe@quinnemanuel.com<br>Iman Lordgooei (Bar No. 251320)<br>imanlordgooei@quinnemanuel.com<br>Jonathan Tse (Bar No. 305468)<br>jonathantse@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Attorneys for Defendants<br>BLACKBERRY LIMITED and<br>BLACKBERRY CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FACEBOOK, INC.<br><br>    Plaintiff and Counter-Defendant,<br><br>    v.<br><br>BLACKBERRY LIMITED,<br>and BLACKBERRY CORPORATION<br><br>    Defendants and Counterclaimants. | CASE NO. 4:18-CV-05434-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE REGARDING U.S. PATENT NOS. 6,744,759 AND 7,302,698** |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Facebook, Inc. ("Facebook") and Defendants BlackBerry Limited and BlackBerry Corporation (collectively, "BlackBerry") hereby submit the following stipulation, subject to the approval of the Court.

WHEREAS, Facebook asserted in this action that BlackBerry infringed U.S. Patent Nos. 6,744,759 and 7,302,698, along with other patents;

WHEREAS, the Patent Trial & Appeal Board of the U.S. Patent & Trademark Office has instituted *inter partes* review regarding certain claims of U.S. Patent Nos. 6,744,759 and 7,302,698;

WHEREAS, in the interests of judicial economy, the parties have agreed to jointly submit dismissals of the instituted *inter partes* review proceedings and dismissals of the parties' applicable claims and counterclaims in the present action;

IT IS THEREFORE STIPULATED, subject to the approval of the Court, as follows:

1. Facebook's claims of infringement in this action with respect to U.S. Patent Nos. 6,744,759 and 7,302,698, as set forth at Counts V and VI of Facebook's Complaint (Dkt. No. 1), are to be dismissed with prejudice.

2. BlackBerry's counterclaims regarding U.S. Patent Nos. 6,744,759 and 7,302,698, as set forth in Counts 9-12 of Defendants' Answer and Counterclaims (Dkt. No. 19), are to be dismissed without prejudice.

A proposed order is submitted herewith.

Dated: July 2, 2020                                  COOLEY LLP

                                                     /s/ *Heidi L. Keefe*

                                                     HEIDI L. KEEFE (178960)
                                                     (hkeefe@cooley.com)
                                                     MARK R. WEINSTEIN (193043)
                                                     (mweinstein@cooley.com)
                                                     MATTHEW J. BRIGHAM (191428)
                                                     (mbrigham@cooley.com)
                                                     LOWELL D. MEAD (223989)
                                                     (lmead@cooley.com)
                                                     BENJAMIN S. LIN (232735)
                                                     (blin@cooley.com)
                                                     MARK A. ZAMBARDA (314808)
                                                     (mzambarda@cooley.com)
                                                     3175 Hanover Street

|   |   |
|---|---|
| 1 | Palo Alto, CA  94304-1130 |
|   | Telephone:    (650) 843-5000 |
| 2 | Facsimile:    (650) 849-7400 |

COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
MATTHEW D. CAPLAN (260388)
(mcaplan@cooley.com)
101 California Street
San Francisco, CA  94111-5800
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222

Attorneys for Plaintiff, FACEBOOK, INC.

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By    /s/ *Iman Lordgooei*

James R. Asperger (Bar No. 83188)
jamesasperger@quinnemanuel.com
Yury Kapgan (Bar No. 218366)
yurykapgan@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Jordan R. Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
Iman Lordgooei (Bar No. 251320)
imanlordgooei@quinnemanuel.com
Jonathan Tse (Bar No. (305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for Defendants, BLACKBERRY LIMITED and BLACKBERRY CORPORATION

## ATTESTATION OF CONCURRENCE

I, Heidi Keefe, am the ECF user whose ID and password are being used to file this document. Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in the filing of this document.

Dated: July 2, 2020

                                                     */s/ Heidi L. Keefe*
                                                   Heidi L. Keefe

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, and for good cause shown, it is hereby ORDERED:

1. Facebook's claims of infringement in this action with respect to U.S. Patent Nos. 6,744,759 and 7,302,698, as set forth at Counts V and VI of Facebook's Complaint (Dkt. No. 1) are hereby DISMISSED WITH PREJUDICE.

2. BlackBerry's counterclaims regarding U.S. Patent Nos. 6,744,759 and 7,302,698, as set forth in Counts 9-12 of Defendants' Answer and Counterclaims (Dkt. No. 19) are hereby DISMISSED WITHOUT PREJUDICE.

Dated: July 2, 2020

_____
Hon. Jeffrey S. White
United States District Judge