UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACEBOOK, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BLACKBERRY LIMITED, et al.,<br><br>　　　　Defendants. | Case No.  4:18-cv-05434-JSW<br><br>**ORDER REGARDING CASE SCHEDULE** |

The Court has reviewed the parties' proposed case schedules. (Dkt. No. 128.) Neither party proposes a realistic schedule. Facebook seeks a March 2021 trial date but provides insufficient time to complete expert discovery. BlackBerry seeks to delay trial until November 2021 but provides no explanation for the delay. Accordingly, to encourage the parties to converge on their proposals, the Court tentatively SETS trial for May 17, 2021. The parties are HEREBY ORDERED to meet-and-confer and submit a joint proposed schedule that accommodates this trial date no later than July 15, 2020. Should the parties have conflicts with the tentative trial date, they may propose an alternative date no more than two weeks before or after May 17, 2021.[1]

The Court HEREBY ADOPTS BlackBerry's proposed case narrowing limits. Facebook shall serve its Final Election of Asserted Claims identifying no more than five asserted claims per patent and eight claims total by July 14, 2020. BlackBerry shall serve a Final Election of Asserted Prior Art identifying no more than six asserted prior art references per patent and twelve prior art references total by July 28, 2020. The case management conference set for Friday, July 10, 2020, is HEREBY VACATED.

---

[1] The parties are reminded that the Court holds pretrial conferences on Monday at 2:00 p.m. three weeks before trial and jury selection on the Wednesday before the start of trial at 8:00 a.m.

1

1   **IT IS SO ORDERED.**

2   Dated: July 6, 2020

_____

JEFFREY S. WHITE

United States District Judge