COOLEY LLP
HEIDI L. KEEFE (178960)
(hkeefe@cooley.com)
MARK R. WEINSTEIN (193043)
(mweinstein@cooley.com)
MATTHEW J. BRIGHAM (191428)
(mbrigham@cooley.com)
LOWELL D. MEAD (223989)
(lmead@cooley.com)
BENJAMIN S. LIN (232735)
(blin@cooley.com)
MARK A. ZAMBARDA (314808)
(mzambarda@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
MATTHEW D. CAPLAN (260388)
(mcaplan@cooley.com)
101 California Street
San Francisco, CA  94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
Attorneys for Plaintiff
FACEBOOK, INC.

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
James R. Asperger (Bar No. 83188)
jamesasperger@quinnemanuel.com
Yury Kapgan (Bar No. 218366)
yurykapgan@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Jordan R. Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
Iman Lordgooei (Bar No. 251320)
imanlordgooei@quinnemanuel.com
Jonathan Tse (Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for Defendants
BLACKBERRY LIMITED and
BLACKBERRY CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br><br>Plaintiff and Counter-Defendant,<br><br>v.<br><br>BLACKBERRY LIMITED,<br>and BLACKBERRY CORPORATION<br><br>Defendants and Counterclaimants. | CASE NO. 4:18-CV-05434-JSW<br><br>**JOINT PROPOSED SCHEDULE AND [PROPOSED] ORDER**<br><br>Date:  N/A<br>Time:  N/A<br>Courtroom:  Courtroom 5, 2nd Floor<br>Judge:  Honorable Jeffrey S. White |

Plaintiff Facebook, Inc. ("Facebook") and Defendants BlackBerry Limited and BlackBerry Corporation (collectively, "BlackBerry") (collectively, with Facebook, the "Parties") jointly submit this proposed schedule pursuant to the Court's July 6, 2020 Order (Dkt. No. 129).

The Court set a tentative trial date for May 17, 2021 and directed that in the event of schedule conflicts the parties could propose an alternative date no more than two weeks before or after May 17, 2021.  Due to a pre-existing trial conflict of lead counsel, the parties jointly propose a trial date of May 3, 2021 and the following pre-trial schedule, subject to the Court's approval:

| | |
|---|---|
| Complete Fact Discovery | December 4, 2020 |
| Opening Expert Reports on Issues For Which a Party Bears the Burden of Proof | December 18, 2020 |
| Rebuttal Expert Reports | January 13, 2021 |
| Complete Expert Discovery | January 29, 2021 |
| Deadline for Dispositive Motions (including *Daubert*) | February 5, 2021 |
| Opposition to Dispositive Motions (including *Daubert*) | February 19, 2021 |
| Reply to Dispositive Motions (including *Daubert*) | February 26, 2021 |
| Hearing on Dispositive Motions (including *Daubert*) | March 12, 2021, 9:00 a.m. |
| Deadline for Motions *in Limine*, Submission of Pretrial Order and other submissions identified in the Court's Guidelines for Trial and Final Pretrial Conference in Civil Jury Cases | March 29, 2021 |
| Pre-trial Conference | April 12, 2021, 2:00 p.m. |
| Jury Selection | April 28, 2021, 8:00 a.m. |
| Trial | May 3, 2021, 8:00 a.m. |

CASE NO. 4:18-CV-05434-JSW
JOINT PROPOSED SCHEDULE

1

2  Dated: July 15, 2020                    COOLEY LLP

3                                          /s/ *Heidi L. Keefe*

4                                          HEIDI L. KEEFE (178960)
                                           (hkeefe@cooley.com)
5                                          MARK R. WEINSTEIN (193043)
                                           (mweinstein@cooley.com)
6                                          MATTHEW J. BRIGHAM (191428)
                                           (mbrigham@cooley.com)
7                                          LOWELL D. MEAD (223989)
                                           (lmead@cooley.com)
8                                          BENJAMIN S. LIN (232735)
                                           (blin@cooley.com)
9                                          MARK A. ZAMBARDA (314808)
                                           (mzambarda@cooley.com)
10                                         3175 Hanover Street
                                           Palo Alto, CA  94304-1130
11                                         Telephone:   (650) 843-5000
                                           Facsimile:   (650) 849-7400
12
                                           COOLEY LLP
13                                         MICHAEL G. RHODES (116127)
                                           (rhodesmg@cooley.com)
14                                         MATTHEW D. CAPLAN (260388)
                                           (mcaplan@cooley.com)
15                                         101 California Street
                                           San Francisco, CA  94111-5800
16                                         Telephone:   (415) 693-2000
                                           Facsimile:   (415) 693-2222
17
                                           Attorneys for Plaintiff, FACEBOOK, INC.
18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

By    /s/ Iman Lordgooei

    James R. Asperger (Bar No. 83188)
    jamesasperger@quinnemanuel.com
    Yury Kapgan (Bar No. 218366)
    yurykapgan@quinnemanuel.com
    865 S. Figueroa Street, 10th Floor
    Los Angeles, CA 90017
    Telephone: (213) 443-3000
    Facsimile: (213) 443-3100

    Kevin P.B. Johnson (Bar No. 177129)
    kevinjohnson@quinnemanuel.com
    Victoria F. Maroulis (Bar No. 202603)
    victoriamaroulis@quinnemanuel.com
    555 Twin Dolphin Drive, 5th Floor
    Redwood Shores, CA 94065
    Telephone: (650) 801-5000
    Facsimile: (650) 801-5100

    Jordan R. Jaffe (Bar No. 254886)
    jordanjaffe@quinnemanuel.com
    Iman Lordgooei (Bar No. 251320)
    imanlordgooei@quinnemanuel.com
    Jonathan Tse (Bar No. (305468)
    jonathantse@quinnemanuel.com
    50 California Street, 22nd Floor
    San Francisco, CA 94111
    Telephone: (415) 875-6600
    Facsimile: (415) 875-6700

    Attorneys for Defendants, BLACKBERRY
    LIMITED and BLACKBERRY CORPORATION

CASE NO. 4:18-CV-05434-JSW

JOINT PROPOSED SCHEDULE

1

2

**ATTESTATION OF CONCURRENCE**

3

I, Heidi Keefe, am the ECF user whose ID and password are being used to file this **JOINT**

4

**PROPOSED SCHEDULE AND [PROPOSED] ORDER**.   Pursuant to Civil L.R. 5-1(i)(3), I

5

hereby attest that each of the signatories identified above has concurred in the filing of this

6

document.

7

8

Dated:  July 15, 2020

9

_/s/ Heidi L. Keefe_____
Heidi L. Keefe

10

11

**[PROPOSED] ORDER**

12

The case schedule proposed by the parties is hereby adopted by the Court.

13

14

Dated: _____

15

_____
Hon. Jeffrey S. White
United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28