| | |
|---|---|
| COOLEY LLP<br>HEIDI L. KEEFE (178960)<br>(hkeefe@cooley.com)<br>MARK R. WEINSTEIN (193043)<br>(mweinstein@cooley.com)<br>MATTHEW J. BRIGHAM (191428)<br>(mbrigham@cooley.com)<br>LOWELL D. MEAD (223989)<br>(lmead@cooley.com)<br>BENJAMIN S. LIN (232735)<br>(blin@cooley.com)<br>MARK A. ZAMBARDA (314808)<br>(mzambarda@cooley.com)<br>3175 Hanover Street<br>Palo Alto, CA 94304-1130<br>Telephone: (650) 843-5000<br>Facsimile: (650) 849-7400<br><br>MICHAEL G. RHODES (116127)<br>(rhodesmg@cooley.com)<br>MATTHEW D. CAPLAN (260388)<br>(mcaplan@cooley.com)<br>101 California Street<br>San Francisco, CA 94111-5800<br>Telephone: (415) 693-2000<br>Facsimile: (415) 693-2222<br>Attorneys for Plaintiff<br>FACEBOOK, INC. | QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>James R. Asperger (Bar No. 83188)<br>jamesasperger@quinnemanuel.com<br>Yury Kapgan (Bar No. 218366)<br>yurykapgan@quinnemanuel.com<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br><br>Kevin P.B. Johnson (Bar No. 177129)<br>kevinjohnson@quinnemanuel.com<br>Victoria F. Maroulis (Bar No. 202603)<br>victoriamaroulis@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>Jordan R. Jaffe (Bar No. 254886)<br>jordanjaffe@quinnemanuel.com<br>Iman Lordgooei (Bar No. 251320)<br>imanlordgooei@quinnemanuel.com<br>Jonathan Tse (Bar No. 305468)<br>jonathantse@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Attorneys for Defendants<br>BLACKBERRY LIMITED and<br>BLACKBERRY CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FACEBOOK, INC.<br><br>　　Plaintiff and Counter-Defendant,<br><br>　　v.<br><br>BLACKBERRY LIMITED,<br>and BLACKBERRY CORPORATION<br><br>　　Defendants and Counterclaimants. | CASE NO. 4:18-CV-05434-JSW<br><br>**JOINT PROPOSED SCHEDULE AND [PROPOSED] ORDER**<br><br>Date: N/A<br>Time: N/A<br>Courtroom: Courtroom 5, 2nd Floor<br>Judge: Honorable Jeffrey S. White |

Plaintiff Facebook, Inc. ("Facebook") and Defendants BlackBerry Limited and BlackBerry Corporation (collectively, "BlackBerry") (collectively, with Facebook, the "Parties") jointly submit this proposed schedule pursuant to the Court's July 6, 2020 Order (Dkt. No. 129).

The Court set a tentative trial date for May 17, 2021 and directed that in the event of schedule conflicts the parties could propose an alternative date no more than two weeks before or after May 17, 2021. Due to a pre-existing trial conflict of lead counsel, the parties jointly propose a trial date of May 3, 2021 and the following pre-trial schedule, subject to the Court's approval:

| | |
|---|---|
| Complete Fact Discovery | December 4, 2020 |
| Opening Expert Reports on Issues For Which a Party Bears the Burden of Proof | December 18, 2020 |
| Rebuttal Expert Reports | January 13, 2021 |
| Complete Expert Discovery | January 29, 2021 |
| Deadline for Dispositive Motions (including *Daubert*) | February 5, 2021 |
| Opposition to Dispositive Motions (including *Daubert*) | February 19, 2021 |
| Reply to Dispositive Motions (including *Daubert*) | February 26, 2021 |
| Hearing on Dispositive Motions (including *Daubert*) | March 12, 2021, 9:00 a.m. |
| Deadline for Motions *in Limine*, Submission of Pretrial Order and other submissions identified in the Court's Guidelines for Trial and Final Pretrial Conference in Civil Jury Cases | March 29, 2021 |
| Pre-trial Conference | April 12, 2021, 2:00 p.m. |
| Jury Selection | April 28, 2021, 8:00 a.m. |
| Trial | May 3, 2021, 8:00 a.m. |

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: July 15, 2020 | COOLEY LLP |
| 3 | | /s/ *Heidi L. Keefe* |
| 4 | | HEIDI L. KEEFE (178960) |
| | | (hkeefe@cooley.com) |
| 5 | | MARK R. WEINSTEIN (193043) |
| | | (mweinstein@cooley.com) |
| 6 | | MATTHEW J. BRIGHAM (191428) |
| | | (mbrigham@cooley.com) |
| 7 | | LOWELL D. MEAD (223989) |
| | | (lmead@cooley.com) |
| 8 | | BENJAMIN S. LIN (232735) |
| | | (blin@cooley.com) |
| 9 | | MARK A. ZAMBARDA (314808) |
| | | (mzambarda@cooley.com) |
| 10 | | 3175 Hanover Street |
| | | Palo Alto, CA  94304-1130 |
| 11 | | Telephone:   (650) 843-5000 |
| | | Facsimile:    (650) 849-7400 |
| 12 | | |
| | | COOLEY LLP |
| 13 | | MICHAEL G. RHODES (116127) |
| | | (rhodesmg@cooley.com) |
| 14 | | MATTHEW D. CAPLAN (260388) |
| | | (mcaplan@cooley.com) |
| 15 | | 101 California Street |
| | | San Francisco, CA  94111-5800 |
| 16 | | Telephone:   (415) 693-2000 |
| | | Facsimile:    (415) 693-2222 |
| 17 | | |
| | | Attorneys for Plaintiff, FACEBOOK, INC. |

-3-   CASE NO. 4:18-CV-05434-JSW
JOINT PROPOSED SCHEDULE

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  /s/ *Iman Lordgooei*

James R. Asperger (Bar No. 83188)
jamesasperger@quinnemanuel.com
Yury Kapgan (Bar No. 218366)
yurykapgan@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Jordan R. Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
Iman Lordgooei (Bar No. 251320)
imanlordgooei@quinnemanuel.com
Jonathan Tse (Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for Defendants, BLACKBERRY LIMITED and BLACKBERRY CORPORATION

## ATTESTATION OF CONCURRENCE

I, Heidi Keefe, am the ECF user whose ID and password are being used to file this **JOINT PROPOSED SCHEDULE AND [PROPOSED] ORDER**.  Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in the filing of this document.

Dated: July 15, 2020

/s/ Heidi L. Keefe
Heidi L. Keefe

## ~~[PROPOSED]~~ ORDER

The case schedule proposed by the parties is hereby adopted by the Court.

Dated: July 16, 2020

Hon. Jeffrey S. White
United States District Judge