| | |
|---|---|
| COOLEY LLP<br>HEIDI L. KEEFE (178960)<br>(hkeefe@cooley.com)<br>MARK R. WEINSTEIN (193043)<br>(mweinstein@cooley.com)<br>MATTHEW J. BRIGHAM (191428)<br>(mbrigham@cooley.com)<br>LOWELL D. MEAD (223989)<br>(lmead@cooley.com)<br>BENJAMIN S. LIN (232735)<br>(blin@cooley.com)<br>MARK A. ZAMBARDA (314808)<br>(mzambarda@cooley.com)<br>3175 Hanover Street<br>Palo Alto, CA 94304-1130<br>Telephone: (650) 843-5000<br>Facsimile: (650) 849-7400<br><br>MICHAEL G. RHODES (116127)<br>(rhodesmg@cooley.com)<br>MATTHEW D. CAPLAN (260388)<br>(mcaplan@cooley.com)<br>101 California Street<br>San Francisco, CA 94111-5800<br>Telephone: (415) 693-2000<br>Facsimile: (415) 693-2222<br>Attorneys for Plaintiff<br>FACEBOOK, INC. | QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>James R. Asperger (Bar No. 83188)<br>jamesasperger@quinnemanuel.com<br>Yury Kapgan (Bar No. 218366)<br>yurykapgan@quinnemanuel.com<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br><br>Kevin P.B. Johnson (Bar No. 177129)<br>kevinjohnson@quinnemanuel.com<br>Victoria F. Maroulis (Bar No. 202603)<br>victoriamaroulis@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>Jordan R. Jaffe (Bar No. 254886)<br>jordanjaffe@quinnemanuel.com<br>Iman Lordgooei (Bar No. 251320)<br>imanlordgooei@quinnemanuel.com<br>Jonathan Tse (Bar No. 305468)<br>jonathantse@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Attorneys for Defendants<br>BLACKBERRY LIMITED and<br>BLACKBERRY CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FACEBOOK, INC.<br><br>Plaintiff and Counter-Defendant,<br><br>v.<br><br>BLACKBERRY LIMITED,<br>and BLACKBERRY CORPORATION<br><br>Defendants and Counterclaimants. | CASE NO. 4:18-CV-05434-JSW<br><br>**JOINT NOTICE REGARDING SUBMITTED MATTER PER L.R. 7-13** |

1  Pursuant to Civil Local Rule 7-13, the parties respectfully notify the Court that the Stipulated
2 Order Governing the Production of Electronically Stored Information [Proposed] (Dkt. No. 39),
3 filed on February 5, 2019, remains under submission for consideration by the Court, including
4 proposed form of order at page 7 of the document.

5

6 Dated: August 7, 2020                    COOLEY LLP

7                                          /s/ Heidi L. Keefe

8                                          HEIDI L. KEEFE (178960)
                                           (hkeefe@cooley.com)
9                                          MARK R. WEINSTEIN (193043)
                                           (mweinstein@cooley.com)
10                                         MATTHEW J. BRIGHAM (191428)
                                           (mbrigham@cooley.com)
11                                         LOWELL D. MEAD (223989)
                                           (lmead@cooley.com)
12                                         BENJAMIN S. LIN (232735)
                                           (blin@cooley.com)
13                                         MARK A. ZAMBARDA (314808)
                                           (mzambarda@cooley.com)
14                                         3175 Hanover Street
                                           Palo Alto, CA  94304-1130
15                                         Telephone:    (650) 843-5000
                                           Facsimile:    (650) 849-7400
16
                                           COOLEY LLP
17                                         MICHAEL G. RHODES (116127)
                                           (rhodesmg@cooley.com)
18                                         MATTHEW D. CAPLAN (260388)
                                           (mcaplan@cooley.com)
19                                         101 California Street
                                           San Francisco, CA  94111-5800
20                                         Telephone:    (415) 693-2000
                                           Facsimile:    (415) 693-2222
21
                                           Attorneys for Plaintiff
22                                         FACEBOOK, INC.

23

24

25

26

27

28

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  /s/ Iman Lordgooei
James R. Asperger (Bar No. 83188)
jamesasperger@quinnemanuel.com
Yury Kapgan (Bar No. 218366)
yurykapgan@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Jordan R. Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
Iman Lordgooei (Bar No. 251320)
imanlordgooei@quinnemanuel.com
Jonathan Tse (Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for Defendants
BLACKBERRY LIMITED and BLACKBERRY CORPORATION

**ATTESTATION OF CONCURRENCE**

I, Heidi Keefe, am the ECF user whose ID and password are being used to file this document. Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in the filing of this document.

Dated: August 7, 2020

*/s/ Heidi L. Keefe*
Heidi L. Keefe