QUINN EMANUEL URQUHART & SULLIVAN, LLP
James R. Asperger (Bar No. 83188)
jamesasperger@quinnemanuel.com
Yury Kapgan (Bar No. 218366)
yurykapgan@quinnemanuel.com
Pushkal Mishra (Bar No. 298695)
pushkalmishra@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Jordan R. Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
Iman Lordgooei (Bar No. 251320)
imanlordgooei@quinnemanuel.com
Jonathan Tse (Bar. No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Defendants
BlackBerry Limited and BlackBerry Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FACEBOOK, INC., <br>     Plaintiff, <br> v. <br> BLACKBERRY LIMITED, and BLACKBERRY CORPORATION, <br>     Defendants. | Case No. 4:18-cv-05434-JSW <br><br> **BLACKBERRY'S NOTICE REGARDING *EX PARTE* REEXAMINATIONS OF PATENTS-IN-SUIT** |

Defendants BlackBerry Limited and BlackBerry Corporation (collectively, "BlackBerry") hereby notify the Court that, on September 10, 2020, the U.S. Patent & Trademark Office (the "Office") issued an Office Action in the pending *ex parte* reexamination (No. 90/014,500) of U.S. Pat. No. 6,356,841 asserted in this case. In the Office Action, the Office found as unpatentable, *inter alia*, claims 12, 23, and 26 of the '841 Patent, which are the remaining claims asserted in this case. The Office found claim 12 unpatentable as obvious in view of four separate grounds of invalidity, and claim 23 and 26 unpatentable as obvious in view of two separate grounds each. A true and correct copy of the Office Action is attached hereto as Exhibit A.

Additionally, on September 4, 2020, the Office issued an Office Action in the pending ex parte reexamination (No. 90/014,503) of U.S. Pat. No. 7,228,432 asserted in this case. In this Office Action, the Office found as unpatentable, inter alia, claims 1 and 5 of the '432 Patent, which are the remaining claims asserted in this case. The Office found claims 1 and 5 anticipated by two separate grounds of invalidity. A true and correct copy of the Office Action is attached hereto as Exhibit B.

Accordingly, all asserted claims from the '841 and '432 Patents have been provisionally rejected in the pending *ex parte* reexaminations. Plaintiff, Facebook, Inc.'s responses to the Office Actions are due November 10 and 4, respectively, and could result in prosecution history estoppel affecting the scope of the asserted claims. BlackBerry will keep the Court apprised of any developments that affect the scope of Facebook's claims.

| | | |
|---|---|---|
| 1 | DATED:  September 18, 2020 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | | |
| 3 | | By  */s/ Iman Lordgooei* |
| | | Kevin P.B. Johnson (Bar No. 177129) |
| 4 | | kevinjohnson@quinnemanuel.com |
| | | Victoria Maroulis (Bar No. 202603) |
| 5 | | victoriamaroulis@quinnemanuel.com |
| | | 555 Twin Dolphin Drive, 5th Floor |
| 6 | | Redwood Shores, CA 94065 |
| | | Telephone: (650) 801-5000 |
| 7 | | Facsimile: (650) 801-5100 |

Jordan R. Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
Iman Lordgooei (Bar No. 251320)
imanlordgooei@quinnemanuel.com
Jonathan Tse (Bar. No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: 415-875-6600
Facsimile: 415-875-6700

James R. Asperger (Bar No. 83188)
jamesasperger@quinnemanuel.com
Yury Kapgan (Bar No. 218366)
yurykapgan@quinnemanuel.com
Pushkal Mishra (Bar No. 298695)
pushkalmishra@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Defendants BLACKBERRY LIMITED and BLACKBERRY CORPORATION