QUINN EMANUEL URQUHART & SULLIVAN, LLP
James R. Asperger (Bar No. 83188)
jamesasperger@quinnemanuel.com
Yury Kapgan (Bar No. 218366)
yurykapgan@quinnemanuel.com
Pushkal Mishra (Bar No. 298695)
pushkalmishra@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Jordan R. Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
Iman Lordgooei (Bar No. 251320)
imanlordgooei@quinnemanuel.com
Jonathan Tse (Bar. No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Defendants
BlackBerry Limited and BlackBerry Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FACEBOOK, INC., <br>     Plaintiff, <br> v. <br> BLACKBERRY LIMITED, and BLACKBERRY CORPORATION, <br>     Defendants. | Case No. 4:18-cv-05434-JSW <br><br> **BLACKBERRY'S NOTICE REGARDING *EX PARTE* REEXAMINATIONS OF PATENTS-IN-SUIT** |

1       Defendants BlackBerry Limited and BlackBerry Corporation (collectively, "BlackBerry") hereby notify the Court that, on September 22, 2020, the U.S. Patent & Trademark Office (the "Office") issued an Office Action in the pending *ex parte* reexamination (No. 90/014,502) of U.S. Pat. No. 7,567,575 asserted in this case. In the Office Action, the Office found as unpatentable, *inter alia*, claim 1 of the '575 Patent, which is the only remaining claim asserted in this case. The Office found claim 1 unpatentable as obvious in view of two separate grounds of invalidity. A true and correct copy of the Office Action is attached hereto as Exhibit A.

      Additionally, on October 8, 2020, the Office issued an Office Action in the pending *ex parte* reexamination (No. 90/014,501) of U.S. Pat. No. 8,429,231 asserted in this case. In this Office Action, the Office found as unpatentable, *inter alia*, claims 1 and 6 of the '231 Patent, which are the remaining claims asserted in this case. The Office found claims 1 and 6 unpatentable as obvious in view of the sole ground of invalidity raised in the reexamination request. A true and correct copy of the Office Action is attached hereto as Exhibit B.

      As noted in BlackBerry's prior notice to the Court, Dkt. 135, all asserted claims from the two other remaining patents-in-suit (U.S. Pat. Nos. 6,356,841 and 7,228,432) have also been provisionally rejected by the Office in view of the ongoing *ex parte* reexaminations. Accordingly, all asserted claims from each of the remaining asserted patents (*i.e.*, the '841, '432, '575, and '231 Patents) have been provisionally rejected in the pending *ex parte* reexaminations.

      Plaintiff, Facebook, Inc.'s responses to the Office Actions in the '575 and '231 Patent reexaminations are currently due on November 21 and December 8, respectively, and could result in prosecution history estoppel affecting the scope of the asserted claims. As noted in Dkt. 135, the deadlines for Facebook's responses to the Office Actions against the '432 and '841 Patents are set for November 4 and 10, respectively (*n.b.*, Facebook's requests to extend these dates by one month were denied by the Office), and could also result in prosecution history estoppel affecting the scope of the asserted claims. BlackBerry will keep the Court apprised of any developments that affect the scope of Facebook's claims.

| | |
|---|---|
| 1  DATED: October 15, 2020 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |

DATED: October 15, 2020

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  /s/ Iman Lordgooei
    Kevin P.B. Johnson (Bar No. 177129)
    kevinjohnson@quinnemanuel.com
    Victoria Maroulis (Bar No. 202603)
    victoriamaroulis@quinnemanuel.com
    555 Twin Dolphin Drive, 5th Floor
    Redwood Shores, CA 94065
    Telephone: (650) 801-5000
    Facsimile: (650) 801-5100

    Jordan R. Jaffe (Bar No. 254886)
    jordanjaffe@quinnemanuel.com
    Iman Lordgooei (Bar No. 251320)
    imanlordgooei@quinnemanuel.com
    Jonathan Tse (Bar. No. 305468)
    jonathantse@quinnemanuel.com
    50 California Street, 22nd Floor
    San Francisco, CA 94111
    Telephone: 415-875-6600
    Facsimile: 415-875-6700

    James R. Asperger (Bar No. 83188)
    jamesasperger@quinnemanuel.com
    Yury Kapgan (Bar No. 218366)
    yurykapgan@quinnemanuel.com
    Pushkal Mishra (Bar No. 298695)
    pushkalmishra@quinnemanuel.com
    865 S. Figueroa Street, 10th Floor
    Los Angeles, CA 90017
    Telephone: (213) 443-3000
    Facsimile: (213) 443-3100

    Attorneys for Defendants BLACKBERRY LIMITED and BLACKBERRY CORPORATION