COOLEY LLP
HEIDI L. KEEFE (178960)
(hkeefe@cooley.com)
MARK R. WEINSTEIN (193043)
(mweinstein@cooley.com)
MATTHEW J. BRIGHAM (191428)
(mbrigham@cooley.com)
LOWELL D. MEAD (223989)
(lmead@cooley.com)
BENJAMIN S. LIN (232735)
(blin@cooley.com)
MARK A. ZAMBARDA (314808)
(mzambarda@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:   (650) 843-5000
Facsimile:    (650) 849-7400

COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
MATTHEW D. CAPLAN (260388)
(mcaplan@cooley.com)
101 California Street
San Francisco, CA  94111-5800
Telephone:   (415) 693-2000
Facsimile:    (415) 693-2222

Attorneys for Plaintiff
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br>a Delaware corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>BLACKBERRY LIMITED,<br>a Canadian corporation, and<br>BLACKBERRY CORPORATION,<br>a Delaware corporation,<br><br>  Defendants. | Case No.  4:18-cv-05434-JSW<br><br>**DECLARATION OF LOWELL D. MEAD IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER FOR STAY OF ACTION PENDING FINAL SETTLEMENT** |

I, Lowell D. Mead, declare:

1. I am a partner at the law firm of Cooley LLP and counsel to Plaintiff Facebook, Inc. ("Facebook") in the above-captioned matter. I declare that the following statements are true to the best of my knowledge, information, and belief, and that if called upon to testify, I could and would testify competently thereto. I make this declaration in support of the parties' Joint Stipulation And [Proposed] Order For Stay Of Action Pending Final Settlement.

2. The parties in this action have reached a binding agreement in principle to resolve disputes between them, including the present action, and request a 30-day stay of this action to allow them to finalize the terms of a final settlement agreement and file dismissal papers with the Court. The requested stay would conserve judicial and party resources.

4. The parties previously stipulated to extensions of (1) BlackBerry's time to respond to Facebook's Complaint (Dkt. 18); (2) the parties' deadline to exchange Rule 26 disclosures, BlackBerry's deadline to amend its answer, and Facebook's deadline to serve its Patent L.R. 3-1 and 3-2 disclosures (Dkt. 28); (3) the parties' deadlines for claim construction exchanges and briefing (Dkts. 44-47); (4) BlackBerry's deadline to file a declaration in support of an administrative motion to file under seal (Dkts. 54, 55); and (5) an extension for certain discovery activities to occur after the close of fact discovery (Dkt. 141).

Executed on this 15th day of December 2020 in Palo Alto, California.

/s/ *Lowell D. Mead*
Lowell D. Mead