| | |
|---|---|
| COOLEY LLP<br>HEIDI L. KEEFE (178960)<br>(hkeefe@cooley.com)<br>MARK R. WEINSTEIN (193043)<br>(mweinstein@cooley.com)<br>MATTHEW J. BRIGHAM (191428)<br>(mbrigham@cooley.com)<br>LOWELL D. MEAD (223989)<br>(lmead@cooley.com)<br>BENJAMIN S. LIN (232735)<br>(blin@cooley.com)<br>MARK A. ZAMBARDA (314808)<br>(mzambarda@cooley.com)<br>3175 Hanover Street<br>Palo Alto, CA 94304-1130<br>Telephone: (650) 843-5000<br>Facsimile: (650) 849-7400<br><br>MICHAEL G. RHODES (116127)<br>(rhodesmg@cooley.com)<br>MATTHEW D. CAPLAN (260388)<br>(mcaplan@cooley.com)<br>101 California Street<br>San Francisco, CA 94111-5800<br>Telephone: (415) 693-2000<br>Facsimile: (415) 693-2222<br><br>Attorneys for Plaintiff<br>FACEBOOK, INC. | QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>James R. Asperger (Bar No. 83188)<br>jamesasperger@quinnemanuel.com<br>Yury Kapgan (Bar No. 218366)<br>yurykapgan@quinnemanuel.com<br>Los Angeles, CA 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br><br>Kevin P.B. Johnson (Bar No. 177129)<br>kevinjohnson@quinnemanuel.com<br>Victoria F. Maroulis (Bar No. 202603)<br>victoriamaroulis@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>Jordan R. Jaffe (Bar No. 254886)<br>jordanjaffe@quinnemanuel.com<br>Iman Lordgooei (Bar No. 251320)<br>imanlordooei@quinnemanuel.com<br>Jonathan Tse (Bar No. 305468)<br>jonathantse@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Attorneys for Defendants<br>BLACKBERRY LIMITED and<br>BLACKBERRY CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br>a Delaware corporation, Plaintiff and Counter-Defendant,<br><br>v.<br><br>BLACKBERRY LIMITED, a Canadian corporation, and BLACKBERRY CORPORATION, a Delaware corporation,<br><br>Defendants and Counterclaimants. | Case No. 4:18-cv-05434-JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR STAY OF ACTION PENDING FINAL SETTLEMENT** |

Pursuant to Civil L.R. 6-2 and 7-12, Plaintiff Facebook, Inc. ("Facebook") and Defendants BlackBerry Limited and BlackBerry Corporation (collectively, "BlackBerry"), by and through their respective counsel, respectfully submit the following stipulation to temporarily stay this action for thirty (30) days pending final dismissal. This stipulation is accompanied by the Declaration of Lowell D. Mead submitted herewith.

**WHEREAS** the parties have reached a binding agreement in principle to resolve disputes between them, including the present action, and request a 30-day stay of this action to allow them to finalize the terms of a final settlement agreement and file dismissal papers with the Court;

**WHEREAS** the requested stay would conserve judicial and party resources;

**WHEREAS** the parties previously stipulated to extensions of (1) BlackBerry's time to respond to Facebook's Complaint (Dkt. 18); (2) the parties' deadline to exchange Rule 26 disclosures, BlackBerry's deadline to amend its answer, and Facebook's deadline to serve its Patent L.R. 3-1 and 3-2 disclosures (Dkt. 28); (3) the parties' deadlines for claim construction exchanges and briefing (Dkts. 44-47); (4) BlackBerry's deadline to file a declaration in support of an administrative motion to file under seal (Dkts. 54, 55); and (5) an extension for certain discovery activities to occur after the close of fact discovery (Dkt. 141).

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the parties, and subject to the Court's approval, that this action be STAYED until January 15, 2021.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  December 15, 2020

_____
Hon. Jeffrey S. White
United States District Judge

| | | |
|---|---|---|
| DATED: December 15, 2020 | | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | By | /s/ Iman Lordgooei |

James R. Asperger (Bar No. 83188)
jamesasperger@quinnemanuel.com
Yury Kapgan (Bar No. 218366)
yurykapgan@quinnemanuel.com
Pushkal Mishra (Bar No. 298695)
pushkalmishra@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Jordan R. Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
Iman Lordgooei (Bar No. 251320)
imanlordooei@quinnemanuel.com
Jonathan Tse (Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Attorneys for Defendants and Counterclaimants BlackBerry Limited and BlackBerry Corporation*

| | | |
|---|---|---|
| 1 | Dated: December 15, 2020 | COOLEY LLP |
| 2 | | |
| 3 | | <u>/s/ Heidi L. Keefe</u> |
| 4 | | HEIDI L. KEEFE (178960) |
| | | (hkeefe@cooley.com) |
| 5 | | MARK R. WEINSTEIN (193043) |
| | | (mweinstein@cooley.com) |
| 6 | | MATTHEW J. BRIGHAM (191428) |
| | | (mbrigham@cooley.com) |
| 7 | | LOWELL D. MEAD (223989) |
| | | (lmead@cooley.com) |
| 8 | | BENJAMIN S. LIN (232735) |
| | | (blin@cooley.com) |
| 9 | | MARK A. ZAMBARDA (314808) |
| | | (mzambarda@cooley.com) |
| 10 | | 3175 Hanover Street |
| | | Palo Alto, CA  94304-1130 |
| 11 | | Telephone:   (650) 843-5000 |
| | | Facsimile:    (650) 849-7400 |

COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
MATTHEW D. CAPLAN (260388)
(mcaplan@cooley.com)
101 California Street
San Francisco, CA  94111-5800
Telephone:   (415) 693-2000
Facsimile:    (415) 693-2222

Attorneys for Plaintiff
FACEBOOK, INC.

**ATTESTATION OF CONCURRENCE**

I am the ECF user whose ID and password are being used to file this document. Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in the filing of this document.

Dated:  December 15, 2020                    */s/ Heidi L. Keefe*
                                             Heidi L. Keefe