| | |
|---|---|
| COOLEY LLP<br>HEIDI L. KEEFE (178960)<br>(hkeefe@cooley.com)<br>MARK R. WEINSTEIN (193043)<br>(mweinstein@cooley.com)<br>MATTHEW J. BRIGHAM (191428)<br>(mbrigham@cooley.com)<br>LOWELL D. MEAD (223989)<br>(lmead@cooley.com)<br>BENJAMIN S. LIN (232735)<br>(blin@cooley.com)<br>MARK A. ZAMBARDA (314808)<br>(mzambarda@cooley.com)<br>3175 Hanover Street<br>Palo Alto, CA  94304-1130<br>Telephone: (650) 843-5000<br>Facsimile: (650) 849-7400<br><br>MICHAEL G. RHODES (116127)<br>(rhodesmg@cooley.com)<br>MATTHEW D. CAPLAN (260388)<br>(mcaplan@cooley.com)<br>101 California Street<br>San Francisco, CA  94111-5800<br>Telephone: (415) 693-2000<br>Facsimile: (415) 693-2222<br><br>Attorneys for Plaintiff<br>FACEBOOK, INC. | QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>James R. Asperger (Bar No. 83188)<br>jamesasperger@quinnemanuel.com<br>Yury Kapgan (Bar No. 218366)<br>yurykapgan@quinnemanuel.com<br>Los Angeles, CA 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br><br>Kevin P.B. Johnson (Bar No. 177129)<br>kevinjohnson@quinnemanuel.com<br>Victoria F. Maroulis (Bar No. 202603)<br>victoriamaroulis@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>Jordan R. Jaffe (Bar No. 254886)<br>jordanjaffe@quinnemanuel.com<br>Iman Lordgooei (Bar No. 251320)<br>imanlordooei@quinnemanuel.com<br>Jonathan Tse (Bar No. 305468)<br>jonathantse@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Attorneys for Defendants<br>BLACKBERRY LIMITED and<br>BLACKBERRY CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FACEBOOK, INC.,<br>a Delaware corporation, Plaintiff and Counter-Defendant,<br><br>v.<br><br>BLACKBERRY LIMITED, a Canadian corporation, and BLACKBERRY CORPORATION, a Delaware corporation,<br><br>Defendants and Counterclaimants. | Case No. 4:18-cv-05434-JSW<br><br>**JOINT STIPULATION OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Facebook, Inc. ("Facebook") and Defendants BlackBerry Limited and BlackBerry Corporation (collectively, "BlackBerry"), by and through their respective counsel, hereby stipulate that Facebook's claims in this action are dismissed WITH PREJUDICE and BlackBerry's counterclaims in this action are dismissed WITHOUT PREJUDICE, with each party to bear its own attorneys' fees and costs.

DATED: January 15, 2021

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Iman Lordgooei*
James R. Asperger (Bar No. 83188)
jamesasperger@quinnemanuel.com
Yury Kapgan (Bar No. 218366)
yurykapgan@quinnemanuel.com
Pushkal Mishra (Bar No. 298695)
pushkalmishra@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Jordan R. Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
Iman Lordgooei (Bar No. 251320)
imanlordooei@quinnemanuel.com
Jonathan Tse (Bar No. 305468)
jonathantse@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Attorneys for Defendants and Counterclaimants BlackBerry Limited and BlackBerry Corporation*

| | | |
|---|---|---|
| 1 | Dated: January 15, 2021 | COOLEY LLP |
| 2 | | |
| 3 | | /s/ Heidi L. Keefe |
| 4 | | HEIDI L. KEEFE (178960) (hkeefe@cooley.com) |
| 5 | | MARK R. WEINSTEIN (193043) (mweinstein@cooley.com) |
| 6 | | MATTHEW J. BRIGHAM (191428) (mbrigham@cooley.com) |
| 7 | | LOWELL D. MEAD (223989) (lmead@cooley.com) |
| 8 | | BENJAMIN S. LIN (232735) (blin@cooley.com) |
| 9 | | MARK A. ZAMBARDA (314808) (mzambarda@cooley.com) |
| 10 | | 3175 Hanover Street Palo Alto, CA  94304-1130 |
| 11 | | Telephone:   (650) 843-5000 Facsimile:    (650) 849-7400 |
| 12 | | |
| 13 | | COOLEY LLP MICHAEL G. RHODES (116127) |
| 14 | | (rhodesmg@cooley.com) MATTHEW D. CAPLAN (260388) |
| 15 | | (mcaplan@cooley.com) 101 California Street |
| 16 | | San Francisco, CA  94111-5800 Telephone:   (415) 693-2000 Facsimile:    (415) 693-2222 |
| 17 | | |
| 18 | | Attorneys for Plaintiff FACEBOOK, INC. |

**ATTESTATION OF CONCURRENCE**

I am the ECF user whose ID and password are being used to file this document.  Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in the filing of this document.

Dated:  January 15, 2021                                         /s/ *Heidi L. Keefe*
                                                                                    Heidi L. Keefe